ACCEPTED
05-15-00644-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/17/2015 4:25:20 PM
LISA MATZ
CLERK

No. 05-15-00644-CV

In the

# Court of Appeals
# Fifth District of Texas at Dallas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/17/2015 4:25:20 PM
LISA MATZ
Clerk

JOHN YI,
*Appellant*

v.

BONG KO
*Appellee*

*On Appeal from the 101st Judicial District Court, Dallas Count, Texas*
*Cause No. DC-13-10821*

## APPELLANT'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**John Franklin Guild**
jguild@ghjhlaw.com
State Bar No. 24041022
**Gruber Hurst Elrod Johansen Hail Shank LLP**
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone No. (214) 855-6800
Facsimile No. (214) 855-6808
*ATTORNEYS FOR APPELLANT*

1

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the Appellant, and files this Motion For Withdrawal and Substitution of Counsel, and in support thereof respectfully states:

1.     Appellant is currently represented by James H. Bilton, W. Scott Hasting, and the law firm of Locke Lord LLP as counsel of record for Appellant in the above-referenced matter.

2.     Appellant has recently engaged John Franklin Guild of Gruber Hurst Elrod Johansen Hail Shank LLP to serve as counsel in this matter.

3.     Appellant desires and consent to substitute John Franklin Guild and the law firm of Gruber Hurst Elrod Johansen Hail Shank LLP in place of James H. Bilton, W. Scott Hasting, and the law firm of Locke Lord LLP as counsel of record for Appellant in the above-referenced matter.

4.     Appellant requests that all notices and pleadings in this case be directed to:

> John Franklin Guild
> State Bar No. 24041022
> jguild@ghjhlaw.com
> Gruber Hurst Elrod Johansen Hail Shank LLP
> 1445 Ross Avenue, Suite 2500
> Dallas, TX 75202-2711
> Telephone (214) 855-6800
> Facsimile (214) 855-6808

5.     Appellant approves this substitution of counsel.

2

6.    Substitution should not affect any scheduling related to this matter. This Court issued is Memorandum Opinion dismissing the appeal for want of jurisdiction on September 29, 2015, but Mandate has not yet issued. The withdrawal and substitution is not sought for purposes of delay, but so that justice may be done.

7.    The undersigned counsel conferred with counsel for Appellee concerning the relief sought in this motion. Counsel for Appellee stated that Appellee is unopposed to the motion.

WHEREFORE, PREMISES CONSIDERED, Appellant, moves that John Franklin Guild of Gruber Hurst Elrod Johansen Hail Shank LLP be substituted in as counsel for Appellant.

Respectfully submitted,


*/s/ John Franklin Guild*
**Michael K. Hurst**
 mhurst@ghjhlaw.com
 State Bar No. 10316310
**John Franklin Guild**
 jguild@ghjhlaw.com
 State Bar No. 24041022
**Gruber Hurst Johansen Hail Shank LLP**
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone No. (214) 855-6800
Facsimile No. (214) 855-6808

ATTORNEYS FOR APPELLANT

3

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with counsel for Appellee concerning the relief sought in this motion. Counsel for Appellee stated that Appellee is unopposed to the motion.

*/s/ John Franklin Guild*
John Franklin Guild


## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of November, 2015, a true and correct copy of the foregoing document has been sent by electronic service to the following counsel of record:

| | |
|---|---|
| Tailim Song<br>Amy Hsu<br>13140 Coit Road, Suite 350<br>Dallas, Texas 75240<br>*Counsel for Plaintiff Bong Ko* | Michael Weston<br>Bennett, Weston, LaJone & Turner PC<br>1603 LBJ Freeway, Suite 280<br>Dallas, Texas 75234<br>*Counsel for Defendants Kon Young Park and Unlimited PCS, Inc.* |

*/s/ John Franklin Guild*
John Franklin Guild


## CERTIFICATE OF COMPLIANCE WITH RULE 9.4

I, John Franklin Guild, attorney for Petitioners certify that this document was generated by a computer using Microsoft Word 2010 which indicates that the word count of this document is 291 per TEX. R. APP. P. 9.4 (i).

*/s/ John Franklin Guild*
John Franklin Guild